S. Peter Serrano
United States Attorney
Eastern District of Washington
Michael L. Vander Giessen
Special Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 2 3 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | INDICTMENT   2:25-cr-00157-TOR |
| v. | Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(8) |
| DANIEL PARKS CONANT JR., | Felon in Possession of a Firearm |
| Defendant. | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about September 16, 2025, in the Eastern District of Washington, the Defendant, DANIEL PARKS CONANT JR., knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Jennings, model Bryco 59, nine-millimeter caliber pistol, bearing serial number 716887, which firearm had theretofore been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

INDICTMENT – 1

NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for an offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), as charged in this Indictment, the Defendant, DANIEL PARKS CONANT JR., shall forfeit to the United States of America any firearm or ammunition involved or used in the commission of the offense, including but not limited to:

- a Jennings, model Bryco 59, nine-millimeter caliber pistol, bearing serial number 716887 and any seized ammunition.

DATED this _____22nd_____ day of October 2025.

A TRUE BILL

_____
S. Peter Serrano
United States Attorney

_____
Michael L. Vander Giessen
Special Assistant United States Attorney

INDICTMENT – 2